# IN THE SUPREME COURT OF THE STATE OF NEVADA

PERCY LAVAE BACON,
                Appellant,
vs.
THE STATE OF NEVADA,
                Respondent.

No. 78120

**FILED**

APR 2 2 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a request to file documents. Eighth Judicial District Court, Clark County; Joseph Hardy, Jr., Judge.

Because no statute or court rule permits an appeal from the aforementioned decision, this court lacks jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

cc:    Hon. Joseph Hardy, Jr., District Judge
       Percy Lavae Bacon
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk